To: 3rd Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

re: Cause No. 10,445 D

70,035-05

THE STATE OF TEXAS

VS.

Michael T. Brugmann

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 21 2015

Abel Acosta, Clerk

Dear Sirs,

Please find enclosed amended color copy of State's Exhibit 20 (CO2-11802, homicide) bloodspatter photo in evidence submitted to the Bastrop Co. District Clerk's office & Court of Appeals for your review of appellants HC-11.07 submitted January 9, 2015.

The color copy more clearly shows the BPE (glossary) "Lines of Convergence" placing the 1st aggressor/intruder inside the house when shot aggressing, not "at or abreast of the door/threshold."

Please include this as page 34 A of my writ for your review.

Respectfully

Michael T. Brugmann

M. Brugmann #1168101
3 Jester Rd
Richmond, Tx 77406

10-1-2002



CO2-11807
Homicide

STACEY
LIPPOTT

# 339 OLD MCDADE



State's
EXHIBIT
20